IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:09CR3095 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| DONTEICE LASHAY WILKINSON, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |

The pretrial services officer assigned to this case advises that the defendant has been sentenced to prison on state charges and, as a result, the defendant is no longer able to comply with his conditions of pretrial release in this federal case. Under these circumstances,

IT IS ORDERED that:

1. The order setting conditions of release (filing 12) is rescinded.

2. The United States Marshals Service shall insure that the defendant is brought from state custody in order that he may participate in the change of plea hearing scheduled for October 23, 2009, at 3:30 p.m., and this order shall constitute a writ to do so. Furthermore, in the future, the Marshals Service shall take such other action as may be necessary (including the filing of a detainer) to assure that the defendant is present at all future proceedings in this case and this order shall constitute a continuing writ for that purpose.

3. The Clerk shall provide the United States Marshals Service with a copy of this order.

DATED this 22nd day of September, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge