THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:09CR3095 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DONTEICE LASHAY WILKINSON, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

After consultation with counsel, the sentencing set for 12:30 p.m. on Tuesday, February 2, 2010, shall be continued due to a death in defense counsel's family. My judicial assistant shall contact counsel upon her return to the office to reschedule the sentencing.

IT IS ORDERED:

1. The sentencing set for 12:30 p.m. on Tuesday, February 2, 2010, in the above-captioned matter is continued until further order of the court;

2. The judicial assistant to the undersigned United States district judge shall contact the parties at a later date to reschedule this matter.

DATED this 1st day of February, 2010.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge