IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:09CR3095 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DONTEICE LASHAY WILKINSON, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant Wilkinson's sentencing is continued to Friday, February 26, 2010, at 2:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated February 4, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge