IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 4:09cr3095 |
| vs. | ) | |
| | ) | |
| Donteice Lashay Wilkinson, | ) | Order |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the Court is the request for transcript of hearing held on February 26, 2010 [29].

IT IS ORDERED:

1. The request for transcript, filing [47] is granted.

2. Donteice Lashay Wilkinson, is ordered to pay to the Clerk of the Court the amount of $46.75.  Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference.  Likewise, should the cost of the transcript be less than $46.75, a refund check will be issued.

3. Upon receipt of this fee, the Clerk of the Court is ordered to prepare a transcript of the hearing held on February 26, 2010.  A paper copy of the transcript shall be mailed to the requestor.

Dated:  December 29, 2011

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge