AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
### District of Nebraska

United States of America )
v. )
**Donteice Lashay Wilkinson** )   Case No:  **4:09CR3095**
)
) USM No:  **23033-047**
Date of Original Judgment:     03/01/2010 )
Date of Previous Amended Judgment:   06/10/2011 )   **Michael J. Tasset**
*(Use Date of Last Amended Judgment if Any)*          *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **60** months **is reduced to** **59 months** .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   **3/1/2010 & 06/10/2011**   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   **06/08/2012**                            **s/ Richard G. Kopf**
                                                                   *Judge's signature*

Effective Date:   **06/08/2012**                       **Richard G. Kopf, Senior United States District Judge**
         *(if different from order date)*                   *Printed name and title*